UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

NTCTRC (rev 09/2014)

In re:

**Danny R Franklin**,
**Teresa A Franklin**,
          Debtors.

Case No. **15–71327–BHL–13**

## NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim #6 was filed on September 26, 2016, by Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by October 17, 2016.

Dated:  September 27, 2016

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| **Danny R Franklin AKA Danny Ray** | : | **Case No.:  15-71327** |
| **Franklin** | : | **Chapter 13** |
| **Teresa A Franklin AKA Teresa Ann** | : | **Judge Basil H. Lorch III** |
| **Franklin** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| Debtor. | | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | Beneficial Financial I Inc., successor by merger to Beneficial Indiana Inc. D/B/A Beneficial Mortgage Co. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Court claim # (if known):  6
Amount of Claim
   Total Debt: $118,849.48
   Arrearage Portion:  $11,622.46
Date Claim Filed:  April 27, 2016

Phone: 800-401-6587
Last four Digits of Acct #: 6301
Name and Address where Transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #: 4015

Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City OK 73124

Phone:  800-401-6587
Last four Digits of Acct #: 6301

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Sarah E. Willms                    Dated: September 26, 2016

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

16-024923_EHC